(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. §.1983

FILED by [signature] D.C.
MAR 23 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: ~~Shalling Watson~~

Shalling Watson
(Enter the full name of the plaintiff in this action)

v.

Palm Beach County Sheriff's office, Department of Corrections.
SHERIFF: Rick Bradshaw

(Above, enter the full name of the defendant(s) in this action)

cat / div 550/1983/WPB
Case # ________
Judge ________ Mag WHITE
Motn Ifp NO Fee pd $ 0
Receipt # ________

### A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Shallon G Watson

Inmate #: 0470795

Address: P.O Box 24716
W.P.B Fl 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Rick Bradshaw

is employed as SHERIFF

at Palm Beach County Sheriff's office Department of Corrections.

C. Additional Defendants: 

# FIRST AMENDMENT VIOLATION

Complaint;

The incoming postcard mail ("IPCM") policy drastically restricts an inmates' ability to communicate with the outside world by violating correspondents, friends, and family first Amendment rights and the First Amendment rights of inmates' and their correspondents, by rejecting 'personal' incoming mail thats not on a postcard. Firsty, it prevents an inmates' family from sending iteams such as family photographs (no polaroid's), children's report cards, and drawings, and copies of bills, doctor reports, and spiritual and religious tracts including bible-study courses. Secondly, it prevents inmates' friends and other correspondent like American Civil Liberty Union ("ACLU"), Families Against Mandatory Minimums ("FAMM"), and Prison Legal News ("PLN") from sending articles about prisoner's rights thats not on a postcard. Thirdly, it prevents educational, community, and religious organizati from sending lessons such as info packs, subcription renewal packs, and fundraising appeals which are not contained on a postcard. More or less, p.b.s.o provision governing inmates' right to send and receive mail differ according to the categary into which a particular piece of mail falls. See, inmate handbook C-4. MAIL. In general inmates' may send and recieve 'privilege mail,' 'personal mail' and 'E-mail.' however, inmates family, friends, and other correspondents "have a first Amendment right to communicate with prisoner's by mail," and inmates "have a first Amendment right to receive this mail."

Recommend relief sought; based upon the nature of First Amendment rights, Facts cited herein, approval must be GRANTED IN PART, and reinstate incoming personal mail to include mail-by-envelopes.

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

## IV. Jury Demand

Do you demand a jury trial? ☒ Yes ☐ No

Signed this 16 day of MARCH, 2017

[illegible]
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: ______________________

______________________
(Signature of Plaintiff)

Shawn G Watson 0476795
Po. Box 24716
W.P.B Fl, 33416

USMS
INSPECTED

RECEIVED




UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA
400 N. MIAMI AVE, ROOM 8N09
MIAMI, FL 33128

LEGAL MAIL

33128$1805 C075

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

**Attention:**
This Letter Originates From The Palm Be[illegible]
County Jail [illegible] Is Uncensored
The S[illegible] [illegible] Responsibility
[illegible]